Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALTA SPECIALTY CONTRACTING, INC.<br><br>Defendant. | Case No.: C06-6996 MJJ<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiffs hereby request that the Case Management Conference, currently scheduled for June 19, 2007, again be continued for approximately 60 days to allow the parties to resolve the matter, or Plaintiffs to move for entry of Default Judgment, within that time.

As the Court is aware, there were initially problems locating the defendant. The defendant as finally served, but did not appear in the action, with default entered by the Court on March 3, 2007.

-1-
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
Case No.: 06-6996 MJJ

P:\Clients\PATCL\Alta Spec\Pleadings\Request For Continuance of CMC 030907.doc

Since that time, plaintiffs were told by defendant to contact their attorney to discuss this matter further. Repeated attempts have failed.

Plaintiffs are in the process of preparing a Motion for Default Judgment. Accordingly, there are no "case management issues" to discuss at this time. The Motion will be on file, and set for hearing, before the next Case Management Conference date.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 11th day of June, 2007 at San Francisco, California.

                        SALTZMAN & JOHNSON
                        LAW CORPORATION


By: _____/s/_____
      Michele R. Stafford
      Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____at _____.

Date: _____   _____
                                                  United States District Court Judge

**PROOF OF SERVICE**
**CASE NO.: C 06-6996 MJJ**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 11, 2007, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR CONTINUANCE OF**
**CASE MANAGEMENT CONFERENCE**

**XXX   MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business address(es) set forth below, in a sealed envelope fully prepared.

___   **FACSIMILE**, by causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___   **UPS**, for delivery the following business day by placing same for collection by UPS to the business address(es) set forth below.

___   **PERSONAL DELIVERY**, by placing said document in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

**Allan C. Miles**
**500 Ygnacio Valley Road, Suite 325**
**Walnut Creek, CA 94596**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of June, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fabrega

-1-
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
Case No.: 06-6996 MJJ

P:\Clients\PATCL\Alta Spec\Pleadings\Request For Continuance of CMC 030907.doc