IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS, | No. C06-06996 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| ALTA SPECIALTY, | |
| Defendant. | |

Pending before the Court is Plaintiffs' Motion For Default Judgment. (Docket No. 13.) On December 5, 2007, Magistrate Judge Spero issued a Report and Recommendation ("R&R") (Docket No. 27.) No objections to the R&R were filed. The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **GRANTS** Plaintiffs' Motion. The Court **AWARDS** Plaintiffs the following amounts: $4,784.28 in unpaid contributions; $478.43 in liquidated damages, $419.72 in interest, $1,690.00 in attorneys' fees, and $732.50 in costs.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiffs. The Court shall retain jurisdiction over the action.

**IT IS SO ORDERED.**

Dated: 1/10/08

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE